**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:24-CV-81155-AMC**

TEMIRIAM THOMAS, on behalf of
herself and all others similarly situated,

Plaintiff,

v.

TOBIAS & ASSOCIATES, INC.,
d/b/a GETMEHEALTHCARE,

Defendant.
_____________________________________/

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT TOBIAS & ASSOCIATES, INC. d/b/a GETMEHEALTHCARE**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Tobias & Associates, Inc. d/b/a GetMeHealthCare, makes the following disclosures.

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation: No parent corporation or publicly held corporation owns 10% or more of Tobias & Associates, Inc.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.] This action is based on federal question jurisdiction, not diversity.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome: The following persons and entities have an interest in the outcome of this action: Temirian Thomas, putative class members, Tobias & Associates, Inc. and counsel for the Parties.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome: No publicly traded shares or debt are affected by the outcome of this action.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: N/A.

6. Identify each person arguably eligible for restitution: Temirian Thomas and Tobias & Associates, Inc.

Further, I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

ROIG LAWYERS
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Tel: (305) 405-0997
nbellido@roiglawyers.com
pleadings@roiglawyers.com

By: /s/NELSON C. BELLIDO
NELSON C. BELLIDO
Florida Bar No. 974048

Lisa A. Messner
(*Admitted Pro Hac Vice*)
(Ohio Bar No. 0074034)
MAC MURRAY & SHUSTER LLP
6525 W. Campus Oval, Suite 210
New Albany, Ohio 43054
Tel: (614) 939-9955
Fax: (614) 939-9954
lmessner@mslawgroup.com

*Attorneys for Defendant Tobias & Associates, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/Nelson C. Bellido
NELSON C. BELLIDO
Florida Bar No. 974048