**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:24-CV-81155-AMC**

TEMIRIAM THOMAS, on behalf of
herself and all others similarly situated,

Plaintiff,

v.

TOBIAS & ASSOCIATES, INC.,
d/b/a GETMEHEALTHCARE,

Defendant.
_______________________________________/

**DEFENDANT TOBIAS & ASSOCIATES, INC. d/b/a GETMEHEALTHCARE'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to the Court's December 12, 2024 Order (D.E. 12), Defendant Tobias & Associates, Inc., doing business as GetMeHealthCare, respectfully submits its Certificate of Interested Parties.

The following persons and entities have an interest in the outcome of the above captioned matter:

1. Plaintiff, Temiriam Thomas;
2. Putative class members;
3. Defendant Tobias & Associates, Inc.; and
4. Counsel for the Parties.

Respectfully submitted,

ROIG LAWYERS
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Tel: (305) 405-0997
nbellido@roiglawyers.com
pleadings@roiglawyers.com

By: /s/NELSON C. BELLIDO
NELSON C. BELLIDO
Florida Bar No. 974048

Lisa A. Messner
(*Admitted Pro Hac Vice*)
(Ohio Bar No. 0074034)
MAC MURRAY & SHUSTER LLP
6525 W. Campus Oval, Suite 210
New Albany, Ohio 43054
Tel: (614) 939-9955
Fax: (614) 939-9954
lmessner@mslawgroup.com

*Attorneys for Defendant Tobias & Associates, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/Nelson C. Bellido
NELSON C. BELLIDO
Florida Bar No. 974048